**K.I.D., H. Mitchell Douglas, a/k/a H.M.D., Angela L. Douglas, a/k/a A.L.D., Plaintiffs–Appellants,**

v.

**Charles A. WILKINS, a/k/a Chuck, Defendant–Appellee.**

No. 14–1846.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2015.

Decided: April 10, 2015.

J. Michael Sharman, Commonwealth Law Offices, PC, Culpeper, Virginia, R. Wayne Nunnally, R. Wayne Nunnally, PC, Irvington, Virginia, Paul C. Stamm, Jr., Kilmarnock, Virginia, for Appellants. Alexander Francuzenko, Lee Warren, Cook Craig & Francuzenko, PLLC, Fairfax, Virginia, for Appellee.

Before KING, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

K.I.D., H. Mitchell Douglas and Angela L. Douglas appeal the district court's order dismissing this action raising claims of strict liability, gross negligence, and negligence per se stemming from a deputy sheriff's sexual abuse of a minor high school student. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *K.I.D. v. Wilkins,* No. 3:14–cv–00177–JAG, 2014 WL 3616131 (E.D.Va. July 18, 2014).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*